**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Paul A. Arters<br>　　　　　Debtor(s) | CHAPTER 13 |
| U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2018-NR1<br>　　　　　Movant<br>　vs.<br>Paul A. Arters<br>　　　　　Debtor(s)<br>Scott Waterman<br>　　　　　Trustee | NO. 16-16282 JKF<br><br>11 U.S.C. Sections 362 |

## ORDER

AND NOW, this 26th day of September, 2019 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 85 Harmony Road, Levittown, PA 19056 ("Property), as to Movant, its successors or assignees.

_____
United States Bankruptcy Judge.

Jean K. FitzSimon

Paul A. Arters
85 Harmony Road
Levittown, PA 19056

Michael P. Kelly Esq.
202 Penns Square
Langhorne, PA 19047

Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532