United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-16282-jkf
Paul A. Arters                                                      Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Lisa            Page 1 of 1         Date Rcvd: Sep 26, 2019
                        Form ID: pdf900       Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2019.
db             +Paul A. Arters,    85 Harmony Road,    Levittown, PA 19056-1414
cr              Fay Servicing, LLC,    PO Box 814609,    Dallas, TX 75381-4609
cr             +Liberty Revolving Trust by Wilmington Savings Fund,     c/o Fay Servicing, LLC,
                 3000 Kellway Dr. Ste 150,    Carrollton, TX 75006-3357
cr             +PRA Receivables Management, LLC,    PO Box 14067,    Norfolk, VA 23518-0067
cr             +U.S. Bank National Association, not in its individ,    Fay Servicing, LLC,
                 3000 Kellway Dr. Ste 150,    Carrollton, TX 75006-3357

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: gecsedi@recoverycorp.com Sep 27 2019 03:13:54     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              MTGLQ INVESTORS, L.P.c/o Shellpoint Mortgage Servi
cr              U.S. BANK TRUST NATIONAL ASSOCITAION
                                                                                   TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2019 at the address(es) listed below:
              JASON BRETT SCHWARTZ    on behalf of Creditor   Portfolio Recovery Associates, LLC
               jschwartz@mesterschwartz.com
              MARY F. KENNEDY    on behalf of Creditor   Ditech Financial LLC f/k/a Green Tree Servicing LLC
               mary@javardianlaw.com, tami@javardianlaw.com
              MICHAEL P. KELLY    on behalf of Debtor Paul A. Arters mpkpc@aol.com,    r47593@notify.bestcase.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor   U.S. Bank National Association, not in its
               individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2018-NR1
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Paul A. Arters<br>　　　　　Debtor(s) | CHAPTER 13 |
| U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2018-NR1<br>　　　　　Movant<br>　　vs.<br>Paul A. Arters<br>　　　　　Debtor(s)<br>Scott Waterman<br>　　　　　Trustee | NO. 16-16282 JKF<br><br>11 U.S.C. Sections 362 |

**ORDER**

AND NOW, this 26th day of September, 2019 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 85 Harmony Road, Levittown, PA 19056 ("Property"), as to Movant, its successors or assignees.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

　　　　　　　　　　　　　　　　　　　　　　　　　　　Jean K. FitzSimon

Paul A. Arters
85 Harmony Road
Levittown, PA 19056

Michael P. Kelly Esq.
202 Penns Square
Langhorne, PA 19047

Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532