United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                            Case No. 16-16282-jkf
Paul A. Arters                                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Lisa              Page 1 of 2            Date Rcvd: Jan 08, 2020
                              Form ID: pdf900         Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2020.
```
db           +Paul A. Arters,    85 Harmony Road,    Levittown, PA 19056-1414
cr            Fay Servicing, LLC,    PO Box 814609,    Dallas, TX 75381-4609
cr           +Liberty Revolving Trust by Wilmington Savings Fund,    c/o Fay Servicing, LLC,
               3000 Kellway Dr. Ste 150,    Carrollton, TX 75006-3357
cr           +PRA Receivables Management, LLC,    PO Box 14067,    Norfolk, VA 23518-0067
cr           +U.S. Bank National Association, not in its individ,    Fay Servicing, LLC,
               3000 Kellway Dr. Ste 150,    Carrollton, TX 75006-3357
13788004      First Premier Bank,    601 S Minneapolis Ave,    Sioux Falls, SD 57104
13788005     +Gregory Javardian, Esq.,    1310 Industrial Blvd.,    Suite 101,    Southampton, PA 18966-4030
14099513     +Liberty Revolving Trust,    Fay Servicing, LLC,    3000 Kellway Dr. Ste 150,
               Carrollton, TX 75006-3357
13828079      MTGLQ Investors, L.P,    c/o Shellpoint Mortgage Serving,    PO Box 10826,
               Greenville, SC 29603-0826
13953790     +Michael P Kelly, Esquire,    402 Middletown Blvd.,    Suite 202,    Langhorne, Pa. 19047-1818
13788006     +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
14285762      U.S. Bank National Association,    Fay Servicing, LLC,    PO Box 814609,    Dallas, TX  75381-4609
13788008     +Wells Fargo Bank Card,    Mac F82535-02f,    Po Box 10438,    Des Moines, IA 50306-0438
13875961      Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
               Des Moines, IA 50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: megan.harper@phila.gov Jan 09 2020 03:15:01     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 09 2020 03:14:34
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 09 2020 03:14:45     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            E-mail/PDF: gecsedi@recoverycorp.com Jan 09 2020 03:15:17     Synchrony Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
               Miami, FL  33131-1605
13813211      E-mail/Text: ally@ebn.phinsolutions.com Jan 09 2020 03:14:12     Ally Financial,
               PO Box 130424,    Roseville MN 55113-0004
13843984      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 09 2020 03:15:51
               American InfoSource LP as agent for,    Verizon,    PO Box 248838,
               Oklahoma City, OK  73124-8838
14021960     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 09 2020 03:15:48
               Capital One Auto Finance,    c/o AIS Portfolio Services, LP,    4515 N. Santa Fe Avenue,
               Dept. APS,    Oklahoma City, OK 73118-7901
13788002     +E-mail/PDF: creditonebknotifications@resurgent.com Jan 09 2020 03:15:33     Credit One Bank Na,
               Po Box 98873,    Las Vegas, NV 89193-8873
13788003     +E-mail/Text: bankruptcy.bnc@ditech.com Jan 09 2020 03:14:18     Ditech,    Attn: Bankruptcy,
               Po Box 6172,    Rapid City, SD 57709-6172
14036229     +E-mail/Text: cio.bncmail@irs.gov Jan 09 2020 03:14:17     Internal Revenue Service,
               Centralized Insolvency Operation,    Po Box 7317,    Philadelphia, Pa 19101-7317
13859728      E-mail/PDF: resurgentbknotifications@resurgent.com Jan 09 2020 03:15:35
               LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13953347      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 09 2020 03:15:49
               Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
13871618     +E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 09 2020 03:14:43     Premier Bankcard, Llc,
               c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
13790549      E-mail/PDF: rmscedi@recoverycorp.com Jan 09 2020 03:15:50
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
13788007     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 09 2020 03:14:11
               Verizon,    500 Technology Dr,    Suite 500,    Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            MTGLQ INVESTORS, L.P.c/o Shellpoint Mortgage Servi
cr            U.S. BANK TRUST NATIONAL ASSOCITAION
                                                                                              TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2           User: Lisa                 Page 2 of 2                   Date Rcvd: Jan 08, 2020
                               Form ID: pdf900            Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 8, 2020 at the address(es) listed below:
              JASON BRETT SCHWARTZ    on behalf of Creditor   Portfolio Recovery Associates, LLC
               jschwartz@mesterschwartz.com
              MARY F. KENNEDY    on behalf of Creditor   Ditech Financial LLC f/k/a Green Tree Servicing LLC
               mary@javardianlaw.com, tami@javardianlaw.com
              MICHAEL P. KELLY    on behalf of Debtor Paul A. Arters mpkpc@aol.com,  r47593@notify.bestcase.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
              REBECCA ANN SOLARZ    on behalf of Creditor   U.S. Bank National Association, not in its
               individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2018-NR1
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    PAUL A. ARTERS<br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 16-16282-JKF |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: January 8, 2020**

_____
JEAN K. FITZSIMON
U.S. BANKRUPTCY JUDGE